

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/05/2025

Matthew F. Bruno
Manatt, Phelps & Phillips, LLP
Direct Dial: (212) 790-4500
MBruno@manatt.com

August 5, 2025

**APPLICATION GRANTED:** The Initial Conference set for 8/11/2025 at 12:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Thursday, October 16, 2025 at 2:30 p.m.</u>

APPLICATION GRANTED

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

08/05/2025

**VIA ECF**
The Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: ***McIntosh v. H&M Hennes & Mauritz, LP***, 1:25-cv-04350 (DEH) (KHP)

Dear Magistrate Judge Parker:

    We represent Defendant H&M Fashion USA, Inc. (incorrectly named as H&M Hennes & Mauritz, L.P.) in the above-referenced matter. We, along with Plaintiff Channing McIntosh's counsel, write pursuant to Section I(c) of Your Honor's Individual Practices in Civil Cases to respectfully request an adjournment of the Initial Conference currently scheduled for August 11, 2025 (ECF No. 8) pending resolution of the parties' forthcoming mediation. This joint request is made based upon the Court's prior mediation referral on July 9, 2025 (ECF No. 13), which may resolve this matter in its entirety. No prior request for an adjournment has been made by either party.

Respectfully submitted,

*/s/ Matthew F. Bruno*
Matthew F. Bruno