**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CHANNING MCINTOSH,

                             Plaintiff,                    25-CV-4350 (DEH) (KHP)

              -against-                           ORDER

H&M HENNES & MAURITZ LP,

                             Defendant.
------------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

In this action, Plaintiff's counsel, Anderson and Associates, filed a motion to withdraw as counsel on December 9, 2025. (ECF No. 23.)  On December 11, 2025, Plaintiff McIntosh visited docketing services regarding the withdrawal motion and upcoming deadlines.

The Court enters this order to clarify that the motion to withdraw as counsel remains *sub judice* pending possible opposition to the withdrawal motion (or notice of non-opposition) from Plaintiff McIntosh.  No request for an extension of any deadlines has been received at the time of this order.  Therefore, Plaintiff McIntosh is represented by Anderson and Associates until further order of this court granting leave to withdraw.  The Court expects counsel's compliance with existing deadlines while the motion to withdraw is pending, unless or until a request for an extension or stay of deadlines is granted.[1]

       **SO ORDERED.**

---

[1] While the motion to withdraw mentions "interim relief in the form of a stay of further proceedings for 30 days" (ECF No. 23-1 ¶ 11), it is unclear whether Plaintiff's counsel intended to request a stay pending the motion or a stay in the event their motion is granted.  In any event, the Court has not granted an interim stay.

1

DATED:       New York, New York
             December 12, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge