UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHANNING MCINTOSH,

                              Plaintiff,

                    v.

H&M HENNES & MAURITZ LP,

                              Defendant.

25 Civ. 4350 (DEH) (KHP)

**ORDER**

DALE E. HO, United States District Judge:

In this action, Plaintiff Channing McIntosh, proceeding pro se, brings various employment-related claims against her former employer, H&M Hennes & Mauritz LP ("H&M"). On November 14, 2025, H&M moved for judgment on the pleadings. *See* ECF No. 21. The motion was unopposed, and on February 4, 2026, Magistrate Judge Parker issued a Report and Recommendation (the "Report"), recommending that the motion be granted. *See* ECF No. 34. The deadline for Defendant to file objections to the Report was May 19, 2026; the deadline for Plaintiff to file objections to the Report was May 22, 2026. As of the date of this Order, more than one month later, Ms. McIntosh has not filed any objections, nor has she sought an extension.

In reviewing a magistrate judge's report and recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Kuan v. Notoriety Grp. LLC*, No. 22 Civ. 1583, 2023 WL 3936749, at *1 (S.D.N.Y. June 9, 2023) (internal quotation marks and citation omitted). The Court has reviewed the Report and has found no error, clear or otherwise.

It is hereby **ORDERED** that the Report is **ADOPTED IN FULL**.  As set forth in the Report, Ms. McIntosh has failed to state claims for retaliation, either under 42 U.S.C. § 1981 or the Fair Labor Standards Act.  *See* Report at 6-13.  Accordingly, H&M's Motion for Judgment on the Pleadings, ECF No. 21, is **GRANTED**.

Defendant H&M is directed to serve Plaintiff with a copy of this Order and the Report at ECF No. 34, and to file proof of service on the docket within three (3) business days of the date of this Order.

The Clerk of Court is respectfully directed to terminate ECF No. 21, and to close this case.

SO ORDERED.

Dated: June 29, 2026
       New York, New York

_____
DALE E. HO
United States District Judge

2