**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
CHANNING MCINTOSH,

                              Plaintiff,                           25 **CIVIL** 4350 (DEH)(KHP)

            -against-                                **JUDGMENT**

H&M HENNES & MAURITZ LP,

                           Defendant.
------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 29, 2026, the Report is ADOPTED IN FULL. Ms. McIntosh has failed to state claims for retaliation, either under 42 U.S.C. § 1981 or the Fair Labor Standards Act. See Report at 6-13. H&M's Motion for Judgment on the Pleadings, ECF No. 21, is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
       June 30, 2026

                                            **TAMMI M. HELLWIG**

                                           **Clerk of Court**

                        **BY:**              K. Mango

                                           **Deputy Clerk**